FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2018 JAN 31  PM 4: 02

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v.                                    CASE NO. 2:18-cr-

ALISON MARIE SHEPPARD
a/k/a "Aiisha Abdullah"

2: 18 -cr- 19 -FtM- 99 CM

## MOTION TO SEAL INDICTMENT
## AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law
enforcement, the United States of America by Maria Chapa Lopez, United
States Attorney for the Middle District of Florida, hereby moves the Court to
direct the Clerk to seal the Indictment, the file copy of the warrants, defendant
information sheet, this motion, the Court's order regarding this motion and
any other documents filed in this case that would identify the defendant.
Disclosure of the existence of these documents prior to the arrest of a
defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal
the Indictment in this case except when necessary to provide certified copies of
the Indictment to the United States Attorney's Office.

The United States further requests that the Court's Order allow the
United States Marshals Service to release certified copies of the arrest warrant

to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Indictment in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant.

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:

JEFFREY F. MICHELLAND
Assistant United States Attorney
United States Attorney No. 024
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: Jeffrey.Michelland@usdoj.gov