FILED

2018 FEB -6 PM 4:58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

JANE DOE    CASE NO: 2:18-CR-19-FTM-38-CM

_____

## ORDER

The Government requests detention based upon the nature of the charge against the defendant which carries the presumption that there is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required or the safety of any person or the community. In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was offered and the Defendant, through her counsel, voluntarily waived her right to a detention hearing. The Defendant makes no application for release at this time.

Therefore it is

ORDERED that the Defendant is DETAINED without prejudice pending trial. A motion for conditions of release and for a detention hearing may be filed at a later date upon application to the Court.

The Defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity

for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** in Fort Myers, Florida this this 6th day of February, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

- 2 -

cc: hand-delivered to Counsel ah