AO 442 (Rev. 11/11) Arrest Warrant   FILED   JFM

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2018 FEB 15 PM 2:58
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

United States of America
v.

ALISON MARIE SHEPPARD, a/k/a
"Aiisha Abdullah"

*Defendant*

Case No. 2:18-cr-

2:18-cr-19-FtM-99CM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALISON MARIE SHEPPARD, a/k/a "Aiisha Abdullah",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Attempt to Provide Material Support and Resources to a Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1) and § 2.

Date: 01/31/2018

*Issuing officer's signature*

City and state: Fort Myers, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2/5/18, and the person was arrested on *(date)* 2/5/18
at *(city and state)* Ft Myers FL.

Date: 2/5/18

*Arresting officer's signature*

CHARLES BLACKBURN  FBI SA
*Printed name and title*

S16