UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED 3/7/2018

UNITED STAES OF AMERICA

v.   Case No. 2:18-cr-19-FtM-38CM

JANE DOE

_____/

## UNOPPOSED MOTION TO CONTINUE AND MOTION TO SEAL

The defendant, Jane Doe, through counsel, files this unopposed Motion to Continue trial Date and to seal and states:

1. This matter is scheduled for trial on the April 2018 trial term.

2. There have been no prior continuances of the trial date.

3. The discovery provided to date is voluminous. Additionally, the government has advised that additional discovery is forthcoming.

4. The defense requires an additional three months, until the July trial term, to review the Discovery and address the complex issues in this case.

5. Pursuant to Title 18 U.S.C. § 3161(h)(7)(A) it is respectfully suggested that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial. Additionally, pursuant to the 18 U.S.C. § 3161(h)(7)(B)(ii) it is suggested that this case is so unusual and complex that it cannot reasonably be tried within the time limits established by § 3161.

6. As all pleadings in this case have been sealed by prior order, it is respectfully requested that this motion and any order on this motion be placed under seal as well. This request is based on the same grounds cited by the court in sealing the proceedings in this matter.

S 18

7. Assistant United States Attorney, Jeffrey Michelland has no objection to this motion.

WHEREFORE, the Defendant, Jane Doe, moves this Court to continue the trial date until the July 2018 trial term, and to seal this motion and any order with respect thereto.

                Respectfully submitted.

                DONNA LEE ELM
                Federal Defender

                _____
                Russell K. Rosenthal
                Assistant Federal Defender
                Florida Bar No. 0319244
                1514 Broadway, 3rd floor
                Fort Myers, FL 33901
                Telephone: 239-334-0397
                Facsimile: 239-334-4109
                Russ_rosenthal@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March 2018, a true copy of the foregoing has been filed with this Court and a copy has been forwarded by hand delivery to Jeffrey Michelland and Jesus Casas, Office of the United States Attorney, 2110 First Street, 3-137, Fort Myers, FL 33901.

                _____
                Russell K. Rosenthal
                Assistant Federal Defender