FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2018 APR -9  AM 11: 47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v.                                                    CASE NO. 2:18-cr-19-FtM-38CM

JANE DOE                                              **Under Seal**

### MODIFIED CONSENT MOTION FOR ENTRY OF A SUPPLEMENTAL STIPULATED PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the United States hereby moves for entry by this Court of a supplemental stipulated protective order that will guard against the dissemination of sensitive discovery materials to any person not a party to, or involved in, this case. The government further moves for the entry of the attached Supplemental Protective Order.

In support of this motion, the government states the following:

1. As part of the discovery in this case, and in the interests of time, the government will provide to the defendant's counsel sensitive discovery material that includes elements which would normally be redacted, as not both relevant and helpful to the defense.

2. The government requests this Court enter the proposed supplemental protective order that would govern the use of the relevant sensitive information in court filings and open court. This order would be in addition to the current protective order in place in this matter.

S20

3. The defendant has consented to the filing of this motion and the proposed supplemental protective order.

WHEREFORE, the government moves that the attached proposed supplemental protective order be issued by the Court preventing the dissemination of the specified law enforcement sensitive information in this matter at trial or any other public setting.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Jeffrey F. Michelland
Assistant United States Attorney
USA No. 024
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: Jeffrey.Michelland@usdoj.gov

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division
Florida Bar No. 0152110
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: Jesus.M.Casas@usdoj.gov

U.S. v. Jane Doe                                      Case No. 2:18-cr-19-FtM-38CM

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I served a copy of the foregoing Motion and Proposed Order, in person to counsel for the defendant, Russell K. Rosenthal, Assistant Federal Defender, 1540 Broadway, Fort Myers, Florida 33901.

Jeffrey F. Michelland
Assistant United States Attorney

Copies: hand-delivered to Counsel
4/9/2018