FILED

2020 MAY 27 PM 3:00

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:18-cr-19-FtM-38

ALISON MARIE SHEPPARD,
a/k/a "Aiisha Abdullah"

### GOVERNMENT'S NOTIFICATION OF OBJECTION TO THE PSR

The United States, through its undersigned Assistant United States Attorneys, respectfully submits the following objection to the final PSR in this case.

Notwithstanding the lack of objections by the government to the initial PSR, which included an adjustment for Obstruction of Justice pursuant to USSG § 3C1.1, *see* Addendum to Presentence Report, the government hereby notifies the Court, defendant, and Probation Office, that it does object to the final PSR insofar as it fails to apply the adjustment for Obstruction of Justice pursuant to USSG § 3C1.1. The defendant's conduct constituted obstruction of justice when she instructed others to dispose of their cellular telephones, and after her contact with FBI agents in October 2017, Sheppard disposed of her cellular telephone that she used to commit the instant offense for fear agents would obtain her cellular telephone and discover her involvement in the instant offense. *See* PSR ¶¶ 21, 32, 34, 36. Pursuant to *United States v. Wayerski*, 624 F.3d 1342 (11th Cir. 2010), the

fact that Sheppard did not know that she was under investigation at time she took precautions to avoid detection and instructed others to do the same does not preclude application of the enhancement for obstruction of justice pursuant to USSG § 3C1.1.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By: /s/ Jeffrey F. Michelland
     Jeffrey F. Michelland
     Assistant United States Attorney
     USA No. 024
     2110 First Street, Suite 3-137
     Fort Myers, Florida 33901
     Telephone: (239) 461-2200
     Facsimile: (239) 461-2219
     E-mail: Jeffrey.Michelland@usdoj.gov

By: /s/ Jesus M. Casas
     Jesus M. Casas
     Assistant United States Attorney
     Chief, Fort Myers Division
     Florida Bar No. 0152110
     2110 First Street, Suite 3-137
     Fort Myers, Florida 33901
     Telephone: (239) 461-2200
     Facsimile: (239) 461-2219
     E-mail: Jesus.M.Casas@usdoj.gov

U.S. v. Alison Marie Sheppard  Case No. 2:18-cr-19-FtM-38

### CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Russell K. Rosenthal, Esq.
 Russ_Rosenthal@fd.org

           */s/ Jeffrey F. Michelland*
           JEFFREY F. MICHELLAND
           Assistant United States Attorney